Tuesday, May 12, 2015

No. 15–0559/AR. Maurice K. Robins, Appellant v. United States, Appellee. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.